MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation,<br><br>Defendant. | Case No.: 2:23-cv-01122-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiffs Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust and Defendant Wildhorse Investments, Inc. dba Black Canyon Construction, by and through their undersigned

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

counsel, hereby stipulate and agree that the date to file Defendant's responsive pleading shall be extended from August 18, 2023 through August 25, 2023. This is Defendant's first request for an extension of time. The reason Defendant is requesting additional time is that Defendant's counsel's personal assistant will be on vacation and out of the office from August 12 through August 20, 2023. Defendant is not seeking an extension for any purposes of delay.

Dated this 11th day of August, 2023.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Christopher M. Humes<br>Christopher M. Humes (SBN 12782)<br>William D. Nobriga (SBN 14931)<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>Tel 702-382-2101<br>Fax 702-382-8135<br>chumes@bhfs.com<br>wnobriga@bhfs.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 8-11-2023