# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al., | Case No.: 2:23-cv-01122-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| Wildhorse Investments, Inc., | |
| Defendant | |

I ordered the parties to file a joint status report within 14 days of the arbitrator's decision. ECF No. 15.  The arbitrator's decision was handed down on October 23, 2023. ECF No. 16.  The parties filed a notice of that decision, but have not filed a status report.  I therefore order the parties to file a joint status report by November 17, 2023, which should include discussions as to whether the stay can be lifted, whether a new discovery plan is needed, and how the parties intend to proceed with this case.

DATED this 9th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE