MALANI L. KOTCHKA
Nevada Bar No. 283
MALANI L. KOTCHKA, LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Phone: 702-834-7445
Fax: 725-203-2413
mlk@malanilkotchkallc.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation,<br><br>Defendant. | Case No.: 2:23-cv-01122-APG-VCF<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING<br><br>[FIRST REQUEST] |

Plaintiffs Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust and Defendant Wildhorse Investments, Inc. dba Black Canyon Construction, by and through their undersigned

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-7445

Page 1 of 2

counsel, hereby stipulate that Black Canyon shall have an extension of time from December 15, 2023 through January 8, 2024 within which to file its responsive pleading. The reason for the request for the extension of time is that Black Canyon's counsel will be out of the country from December 6 through December 30, 2023 and will not have access to the internet during part of this time period. Defendant is not seeking an extension for any purposes of delay.

Dated this 4th day of December, 2023.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
|---|---|
| By: /s/ Christopher M. Humes<br>Christopher M. Humes (SBN 12782)<br>William D. Nobriga (SBN 14931)<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>Tel 702-382-2101<br>Fax 702-382-8135<br>chumes@bhfs.com<br>wnobriga@bhfs.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-7445<br>Fax 725-203-2413<br>mlk@malanilkotchkallc.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 12-4-2023