Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation,<br><br>Defendant. | Case No. 2:23-cv-01122-APG-VCF<br><br>**ORDER TO EXTEND DEADLINE FOR OPPOSITION TO MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiffs, the Laborers 872 Joint Trust Funds ("Trust Funds") and Defendant Wildhorse Investments, Inc. dba Black Canyon Construction ("Black Canyon") by and through their respective counsels of record, hereby stipulate and request to extend the Trust Funds' deadline to file an opposition to Black Canyon's motion to stay discovery. This is the first request to extend this deadline. In support of this Stipulation and Request, the parties state the following:

1.    On November 20, 2023, the Court lifted the stay in this case and ordered Black

Canyon to respond to the Trust Funds' complaint by December 15, 2023.

2. Counsel for Black Canyon approached counsel for the Trust Funds and requested an extension until January 8, 2024, for Black Canyon to file its response. The Trust Funds' counsel agreed and the stipulation to extend the deadline was approved by the Court. (*See* ECF No. 23, filed Dec. 4, 2023.) Black Canyon has communicated that it plans to file a Motion to Dismiss.

3. On December 7, 2023, the Court issued a scheduling order. (ECF No. 25.)

4. On December 15, 2023, Black Canyon filed a Motion to Stay Discovery ("Motion to Stay"). (ECF No. 28.)

5. The Trust Funds' current deadline for filing an opposition to the Motion to Stay is December 29, 2023.

6. The parties have agreed that the Trust Funds should file its opposition to the Motion to Stay at the same time the Trust Funds file an opposition to Black Canyon's forthcoming Motion to Dismiss, so that all issues can be briefed at the same time rather than in a piecemeal fashion. The projected deadline for the opposition to the Motion to Dismiss is January 22, 2024.

7. This request is made in good faith and not for the purpose of delay. Counsel for both parties believe that judicial economy supports permitting the Trust Funds to oppose the Motion to Stay when they oppose the Motion to Dismiss.

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

8. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
|---|---|
| /s/ Christopher M. Humes | /s/ Malani L. Kotchka |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Nevada Bar No. 283<br>520 South Fourth Street, Suite 320<br>Las Vegas, Nevada 89101<br>Telephone: (702) 834-7445<br>Facsimile: (725) 203-2413 |
| Attorneys for Plaintiffs | Attorney for Defendant |
| Dated: December 28, 2023 | Dated: December 28, 2023 |

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT / MAGISTRATE JUDGE**

**DATED:** December 29, 2023

**Case No. 2:23-cv-01122-APG-VCF**

26809682.1

3