MALANI L. KOTCHKA
Nevada Bar No. 283
MALANI L. KOTCHKA, LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Phone: 702-834-7445
Fax: 725-203-2413
mlk@malanilkotchkallc.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation,<br><br>Defendant. | Case No.: 2:23-cv-01122-APG-VCF<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING<br><br>[SECOND REQUEST] |

Plaintiffs Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust ("Joint Trust Funds") and Defendant Wildhorse Investments, Inc. dba Black Canyon Construction, by and

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-7445

through their undersigned counsel, hereby stipulate and request to extend Black Canyon's date to file its responsive pleading (motion to dismiss) from January 8, 2024 to January 15, 2024. The reason this additional week is being requested is that upon returning from an out of country trip, Black Canyon's counsel became ill. This request is not being asserted for any purpose of delay. Pursuant to ECF 30, the Joint Trust Funds will file their opposition to the motion to stay discovery at the same time they filed their opposition to Black Canyon's forthcoming motion to dismiss.

Dated this 5th day of January, 2024.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
| By:   /s/ Christopher M. Humes<br>Christopher M. Humes (SBN 12782)<br>William D. Nobriga (SBN 14931)<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV  89106<br>Tel 702-382-2101<br>Fax 702-382-8135<br>chumes@bhfs.com<br>wnobriga@bhfs.com | By:   /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV  89101<br>Tel 702-834-7445<br>Fax 725-203-2413<br>mlk@malanilkotchkallc.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## ORDER

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: 1-9-2024