Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation,<br><br>Defendant. | Case No. 2:23-cv-01122-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO ALL DEFENDANT'S PENDING MOTIONS**<br><br>**(SECOND REQUEST)** |

Plaintiffs, the Laborers 872 Joint Trust Funds ("Trust Funds") and Defendant Wildhorse Investments, Inc. dba Black Canyon Construction ("Black Canyon") by and through their respective counsels of record, hereby stipulate and request to extend the Trust Funds' deadline to file oppositions to all of Black Canyon's pending motions. This is the second request to extend this deadline. In support of this Stipulation and Request, the parties state the following:

1. On November 20, 2023, the Court lifted the stay in this case and ordered Black

27103512.1                                                 1

Canyon to respond to the Trust Funds' complaint by December 15, 2023.

2. Counsel for Black Canyon approached counsel for the Trust Funds and requested an extension until January 8, 2024, for Black Canyon to file its response. The Trust Funds' counsel agreed and the stipulation to extend the deadline was approved by the Court. (*See* ECF No. 23, filed Dec. 4, 2023.)

3. On December 7, 2023, the Court issued a scheduling order. (ECF No. 25.)

4. On December 15, 2023, Black Canyon filed a Motion to Stay Discovery ("Motion to Stay"). (ECF No. 28.)

5. On January 9, 2024, the Court approved a stipulated extension for Black Canyon to file its Motion to Dismiss on January 16, 2024, due to Black Canyon's counsel suffering from an illness.

6. On January 16, 2024, Black Canyon filed a Motion to Dismiss. (ECF No. 34.)

7. Previously, on December 29, 2023, the Court approved an extension for the Trust Funds' response to both the Motion to Stay Discovery and Motion to Dismiss to occur on the date that the Trust Funds' Opposition to the Motion to Dismiss would be due, which is January 30, 2024. (ECF No. 29.)

8. On January 17, 2024, Black Canyon filed a Motion to Recover Excess Costs, Expenses and Attorney's Fees from the Plaintiffs' Counsel for Multiplying the Proceedings Unreasonably and Vexatiously ("Motion to Recover Excess Costs"). (ECF No. 35.)

9. Given that the Trust Funds now have a third unexpected motion to respond to, the parties have agreed that the Trust Funds may file its opposition to the Motion to Stay, Motion to Dismiss and Motion to Recover Excess Costs at the same time, on February 14, 2024, so that all issues can be briefed at the same time rather than in a piecemeal fashion.

10. This request is made in good faith and not for the purpose of delay. Counsel for both parties believe that judicial economy supports permitting the Trust Funds to oppose all three motions due to the centrality of the same issues and arguments present in each motion.

11. The Trust Funds desire an additional two weeks due to the unexpected filing of the

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

27103512.1         2

Motion to Recover Excess Costs. Black Canyon has agreed to provide the extension due to this and a return of the professional courtesy the Trust Funds have extended it with previous stipulations for additional time to file its Motion to Dismiss.

12. As such, the parties stipulate and request the Court to approve the Trust Funds' modified deadline to respond to the Motion for Stay of Discovery, Motion to Dismiss and Motion to Recover Excess Costs to occur on February 14, 2024.

13. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
| /s/ Christopher M. Humes | /s/ Malani L. Kotchka |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Nevada Bar No. 283<br>520 South Fourth Street, Suite 320<br>Las Vegas, Nevada 89101<br>Telephone: (702) 834-7445<br>Facsimile: (725) 203-2413 |
| Attorneys for Plaintiffs | Attorney for Defendant |
| Dated: January 22, 2024 | Dated: January 22, 2024 |

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: 1-25-2024**

**Case No. 2:23-cv-01122-APG-MDC**

27103512.1                                     3