# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al, <br><br> Plaintiff(s), <br><br> vs. <br><br> Wildhorse Investments, Inc. d/b/a/ Black Canyon Construction, <br><br> Defendant(s). | 2:23-cv-01122-APG-MDC <br><br> **Order setting hearing** |

**It is so ordered** that the parties shall appear in person on **March 22, 2024 at 11:00am in courtroom 3B** for a motion hearing on:

1. Defendant's *motion to stay discovery* (ECF No. 28).
2. Defendant's *motion for sanctions* (ECF No. 35).

DATED this 23rd day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge