MALANI L. KOTCHKA
Nevada Bar No. 283
MALANI L. KOTCHKA, LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Phone: 702-834-7445
Fax: 725-203-2413
mlk@malanilkotchkallc.com

*Attorney for Defendant*
*Black Canyon Construction*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No.: 2:23-cv-01122-APG-MDC<br><br>**STIPULATION AND ORDER REGARDING DATE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

Plaintiffs Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
(702) 834-7445

Page 1 of 3

Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust ("Laborers Joint Trust Funds") and Defendant Wildhorse Investments, Inc. dba Black Canyon Construction ("Black Canyon"), by and through their undersigned counsel, hereby stipulate and request that Black Canyon be granted a twenty-one (21) day extension to file its response to the Laborers Joint Trust Funds' First Amended Complaint, moving the deadline from April 10, 2024, to May 1, 2024.

The Laborers Joint Trust Funds filed their First Amended Complaint on March 27, 2024. ECF No. 48. After the Laborers Joint Trust Funds serve Defendant Western National Mutual Insurance Company with the First Amended Complaint, Black Canyon believes that it will receive a tender of defense from Western National Mutual Insurance Company. Defendants Black Canyon and Western National Mutual Insurance Company plan to file a joint Motion to Dismiss or Alternatively, Motion for Summary Judgment. The extension will likely permit Black Canyon the time to receive the tender of defense, permitting the Defendants to consolidate their positions in one brief instead of two filed at two different times. Similarly, this will permit the Laborers Joint Trust Funds to file one opposition.

This first request for an extension of time is not for the purposes of delay but to consolidate into one document the Motion to Dismiss or Alternatively, Motion for Summary Judgment, thereby conserving the Parties' and the Court's resources. The Parties therefore respectfully request that the Court extend Black Canyon's deadline to respond to the First Amended Complaint until May 1, 2024. If Black Canyon does not receive the offer from Western National to tender the defense, the Parties will meet and confer prior to the expiration of

///

///

///

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
(702) 834-7445

Black Canyon's May 1, 2024, deadline to respond to the Trust Funds' First Amended Complaint.

Dated this 1st day of April, 2024.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
| By: /s/ Christopher M. Humes<br>Christopher M. Humes (SBN 12782)<br>William D. Nobriga (SBN 14931)<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>Tel 702-382-2101<br>Fax 702-382-8135<br>chumes@bhfs.com<br>wnobriga@bhfs.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-7445<br>Fax 725-203-2413<br>mlk@malanilkotchkallc.com |
| Attorneys for Plaintiffs | Attorneys for Defendant<br>Black Canyon Construction |

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 4-4-24