MALANI L. KOTCHKA
Nevada Bar No. 283
MALANI L. KOTCHKA, LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Phone: 702-834-7445
Fax: 725-203-2413
mlk@malanilkotchkallc.com

*Attorney for Defendants*
*Black Canyon Construction*
*And Western National Mutual*
*Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendants. | Case No.: 2:23-cv-01122-APG-MDC<br><br>**STIPULATION AND ORDER REGARDING DATE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[SECOND REQUEST] |

Plaintiffs Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
Las Vegas, Nevada 89101
(702) 834-7445

Page 1 of 3

Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust ("Laborers Joint Trust Funds") and Defendants Wildhorse Investments, Inc. dba Black Canyon Construction ("Black Canyon") and Western National Mutual Insurance Co. ("Western National"), by and through their undersigned counsel, hereby stipulate that Western Mutual tendered its defense to Black Canyon on April 23, 2024. As a result, the parties agree that: (1) Black Canyon's and Western National's Motion to Dismiss or Alternatively, Motion for Summary Judgment shall be due on May 27, 2024; (2) The Laborers Joint Trust Funds' Opposition shall be due on June 24, 2024; (3) Black Canyon's and Western National's reply brief shall be due on July 15, 2024.

This second request for an extension of time is not for the purposes of delay but to facilitate a briefing schedule now that Western National has tendered its defense to Black

Canyon.

Dated this 24th day of April, 2024.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
|---|---|
| By: /s/ Christopher M. Humes<br>Christopher M. Humes (SBN 12782)<br>William D. Nobriga (SBN 14931)<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>Tel 702-382-2101<br>Fax 702-382-8135<br>chumes@bhfs.com<br>wnobriga@bhfs.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-7445<br>Fax 725-203-2413<br>mlk@malanilkotchkallc.com |
| Attorneys for Plaintiffs | Attorney for Defendants |

### ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 5-1-24