Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WILDHORSE INVESTMENTS, INC. dba BLACK CANYON CONSTRUCTION, a Nevada corporation; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendants. | Case No. 2:23-cv-01122-APG-MDC<br><br>**PROPOSED AMENDED SCHEDULING ORDER** |

Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust ("Trust Funds" or "Plaintiffs"), by and through their counsel of record, submit the following

28964952.1                                                         1

Proposed Amended Discovery Plan and Scheduling Order (the "Proposed Order").[1] The Trust Funds submit the Proposed Order, given this Court's order that discovery was stayed 60 days until May 24, 2024. Given this stay, the Trust Funds respectfully request that the Court memorializes the new discovery deadlines, accounting for the stay.

The current discovery deadlines are as follows:

- **Discovery Cut-Off Date:** August 2, 2024
- **Expert Report Deadline:** June 3, 2024
- **Rebuttal Expert Report Deadline:** July 3, 2024
- **Dispositive Motions Deadline:** September 2, 2024
- **Pretrial Order:** October 1, 2024

Dated: June 12, 2024

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

*Attorneys for Plaintiffs*

**O R D E R**

**IT IS SO ORDERED.** Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No one filed an opposition and the time to do so has passed. The opposing party has thus consented.

_____
UNITED STATES DISTRICT / MAGISTRATE JUDGE

DATED: 7-2-24

---

[1] The Trust Funds' counsel tried multiple times to contact Defendant's counsel in an effort to jointly present this proposed discovery schedule and order, but none of his communications were responded to by opposing counsel.

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on June 13, 2024, I served a true copy of the foregoing **PROPOSED AMENDED SCHEDULING ORDER** via the Court's CM/ECF System and upon:

Malani L. Kotchka, Esq.
Malani L. Kotchka, Llc
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
mlk@malanilkotchkallc.com

*Attorney for Defendant Wildhorse Investments, Inc. dba Black Canyon Construction*

☒   via U.S. MAIL upon

Western National Mutual Insurance Company
c/o Nevada Division of Insurance
1818 E. College Parkway, Suite 103
Carson City, Nevada 89706
legal@doi.nv.gov

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An employee of Brownstein Hyatt Farber Schreck, LLP

28964952.1

3