1  MALANI L. KOTCHKA
   Nevada Bar No. 283
2  MALANI L. KOTCHKA, LLC
   520 South Fourth Street, Suite 320
3  Las Vegas, NV 89101
   Phone: 702-834-7445
4  Fax: 725-203-2413
5  mlk@malanilkotchkallc.com

6  *Attorney for Defendants*
   *Black Canyon Construction*
7  *And Western National Mutual*
   *Insurance Company*
8

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12
   BOARD OF TRUSTEES OF THE                )
13 CONSTRUCTION INDUSTRY AND                )
   LABORERS HEALTH AND WELFARE              ) Case No.: 2:23-cv-01122-APG-MDC
14 TRUST; THE BOARD OF TRUSTEES OF          )
   THE CONSTRUCTION INDUSTRY AND            )
15 LABORERS JOINT PENSION TRUST; THE        ) **STIPULATION AND ORDER**
   BOARD OF TRUSTEES OF THE                 ) **REGARDING DATE FOR**
16 CONSTRUCTION INDUSTRY AND                ) **DEFENDANTS TO RESPOND TO**
   LABORERS VACATION TRUST; and THE         ) **MOTION FOR SUMMARY**
17 BOARD OF TRUSTEES OF THE SOUTHERN        ) **JUDGMENT**
   NEVADA LABORERS LOCAL 872                )
18 TRAINING TRUST,                          ) **[FIRST REQUEST]**
                                            )
19                     Plaintiffs,          )
                                            )
20 v.                                       )
                                            )
21 WILDHORSE INVESTMENTS, INC. dba          )
   BLACK CANYON CONSTRUCTION, a             )
22 Nevada corporation; WESTERN NATIONAL     )
   MUTUAL INSURANCE COMPANY, a              )
23 Minnesota corporation,                   )
                                            )
24                     Defendants.          )

25

26     Plaintiffs Board of Trustees of the Construction Industry and Laborers Health and

27 Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension

28

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
(702) 834-7445

Page 1 of 2

Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust and Defendants Wildhorse Investments, Inc. dba Black Canyon Construction, and Western National Mutual Insurance Company by and through their undersigned counsel, hereby stipulate and agree that the date to file Defendants' responsive pleading shall be extended from September 23, 2024 through September 30, 2024. This is Defendants' first request for an extension of time. The reason Defendants are requesting additional time is that Defendants' counsel's personal assistant will be on vacation and out of the office from September 11 through September 17, 2023. Defendants are not seeking an extension for any purposes of delay.

Dated this 10th day of September, 2024.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MALANI L. KOTCHKA, LLC |
| By: /s/ Christopher M. Humes<br>Christopher M. Humes (SBN 12782)<br>William D. Nobriga (SBN 14931)<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>Tel 702-382-2101<br>Fax 702-382-8135<br>chumes@bhfs.com<br>wnobriga@bhfs.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-7445<br>Fax 725-203-2413<br>mlk@malanilkotchkallc.com |
| Attorneys for Plaintiffs | Attorney for Defendants |

### ORDER

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 11, 2024

MALALI L. KOTCHKA, LLC
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
(702) 834-7445