# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC., et al.,<br><br>    Defendants | Case No.: 2:23-cv-01122-APG-MDC<br><br>**Order** |

The defendants filed a receipt of cashier's check for payment of $281,701.61 in satisfaction of the judgment in this case, to include attorney's fees and post-judgment interest. ECF No. 83. It is unclear from the filing whether this moots the pending motions for attorney's fees (ECF No. 75), to defer (ECF No. 76), and to stay execution (ECF No. 77). The parties shall confer and provide to the court a joint status report regarding whether any or all of these motions are moot or still need to be ruled on, and if there is anything else the parties need from this court while the appeal is pending.

I THEREFORE ORDER that the parties shall file a joint status report on these topics by June 6, 2025.

DATED this 23rd day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE