UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>WILDHORSE INVESTMENTS, INC., et al.,<br><br>　　Defendants | Case No.: 2:23-cv-01122-APG-MDC<br><br>**Order Denying Motions as Moot**<br><br>[ECF Nos. 76, 77] |

In light of the parties' status reports (ECF Nos. 87, 88),

I ORDER that the motions to defer and stay execution (ECF Nos. 76, 77) are DENIED as moot.

DATED this 3rd day of June, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE